

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00564-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**,
Appellant

v.

Curtis **BROWN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04336
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: September 6, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due June 30, 2023. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to July 31, 2023. On August 7, 2023, we issued an order noting that neither the brief nor a second motion for extension of time had been filed. We therefore ordered appellant to file, by August 22, 2023: (1) its brief; and (2) a written response reasonably explaining its failure to timely file a brief. In our order, we cautioned appellant that if it failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM